IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| KEIRON KENNETH HOLMES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 3:12-CV-40 (CAR) |
| OFFICER LABOWICZ, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

ORDER ON RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge [Doc. 18] to dismiss Plaintiff Keiron Kenneth Holmes' claims against Defendants Sergeant Nevell, Mrs. Crawford, and Officer Grabowscee, pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.  Plaintiff has not filed an objection to the Recommendation, and the time in which to do so has expired.  Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge.  The Order and Recommendation [Doc. 18] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**, and Defendants Nevell, Crawford, and Grabowscee, are hereby **DISMISSED** as Defendants in this action.  Plaintiff's claims against the remaining Defendants will proceed.

**SO ORDERED,** this 1st day of November, 2012.

S/  C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH