IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| KEIRON KENNETH HOLMES, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | :   No. 3:12-CV-40 (CAR) |
| Officer LABOWICZ, *et. al.*, | : |
| | : |
| Defendants. | : |
| | : |

## ORDER ON THE RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 71] that the Court grant Defendants' Motion to Dismiss for Want of Prosecution [Doc. 66] and dismiss Defendant Diana Farrell's Motion for Summary Judgment [Doc. 46] as moot. Plaintiff has not filed an objection to the Recommendation. Having reviewed the Recommendation, this Court agrees with the findings and conclusions of the Magistrate Judge. Thus, the Recommendation [Doc. 71] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendants' Motion to Dismiss for Want of Prosecution [Doc. 66] is **GRANTED**, and this case is hereby **DISMISSED** for failure to prosecute. Furthermore, Defendant Farrell's Motion for Summary Judgment [Doc. 46] is **DISMISSED as moot** in accordance with the Magistrate Judge's Recommendation.

**SO ORDERED,** this 7th day of November, 2013.

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

ADP