IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **KEIRON KENNETH HOLMES,** : | |
| : | |
| Plaintiff, : | |
| v. : | |
| : | No. 3:12-CV-40 (CAR) |
| **Officer LABOWICZ,** *et. al.***,** : | |
| : | |
| **Defendants.** : | |
| _____ : | |

### ORDER ON THE RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 71] that the Court grant Defendants' Motion to Dismiss for Want of Prosecution [Doc. 66] and dismiss Defendant Diana Farrell's Motion for Summary Judgment [Doc. 46] as moot.  Plaintiff has not filed an objection to the Recommendation.  Having reviewed the Recommendation, this Court agrees with the findings and conclusions of the Magistrate Judge.  Thus, the Recommendation [Doc. 71] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.  Defendants' Motion to Dismiss for Want of Prosecution [Doc. 66] is **GRANTED**, and this case is hereby **DISMISSED** for failure to prosecute.  Furthermore, Defendant Farrell's Motion for Summary Judgment [Doc. 46] is **DISMISSED as moot** in accordance with the Magistrate Judge's Recommendation.

**SO ORDERED,** this 7th day of November, 2013.

S/  C. Ashley Royal<br>
C. ASHLEY ROYAL<br>
UNITED STATES DISTRICT JUDGE

ADP